1  JASON R. FLANDERS (SBN 238007)
   ANTHONY M. BARNES (SBN 199048)
2  AQUA TERRA AERIS LAW GROUP
   828 San Pablo Ave, Suite 115B
3  Albany, CA 94706
   Telephone: 916-202-3018
4  Email: jrf@atalawgroup.com

5  Attorneys for Plaintiff
   HUMBOLDT BAYKEEPER
6
   JAMES R. ARNOLD (SBN 56262)
7  JOHN A. BEARD (SBN 301405)
   The Arnold Law Practice (East Bay Office)
8  3685 Mt. Diablo Blvd., Suite 331
   Lafayette, CA 94549
9  Telephone: (925) 284-8887
   Facsimile: (925) 284-1387
10 Email: jarnold@arnoldlp.com
          jbeard@arnoldlp.com
11
   Attorneys for Defendant
12 ROYAL GOLD, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| HUMBOLDT BAYKEEPER, etc.,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL GOLD, LLC,<br><br>Defendant. | Case No. 3:16-cv-06285-RS<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE;**<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(a)(2)]** |

Plaintiff Humboldt Baykeeper and Defendant Royal Gold, LLC, parties in the above-captioned action, stipulate as follows:

WHEREAS, on or about August 16, 2016, Plaintiff provided Defendant with a Notice of Violations and Intent to File Suit ("CWA 60-Day Notice Letter") under Section 505 of the

Case No. 3:16-cv-06285-RS
Stipulation re Dismissal, [Proposed] Order, etc.

1

Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on October 31, 2016, Plaintiff filed its Complaint against Defendant in this Court and said Complaint incorporated by reference all of the allegations contained in Plaintiff's CWA 60-Day Notice Letter;

WHEREAS, Plaintiff and Defendant, through their authorized representatives and without either adjudication of Plaintiff's claims or admission by Defendant of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of Plaintiff as set forth in Plaintiff's CWA 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Parties' proposed settlement agreement ("Settlement Agreement") entered into by and between Plaintiff and Defendant is attached hereto as Exhibit A and incorporated by reference;

WHEREAS, Plaintiff has submitted the Settlement Agreement to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has now expired;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the Parties that Plaintiff's claims, as set forth in its CWA 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with Paragraph 5 of the Settlement Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through August 3, 2019, or as long thereafter as is necessary for the Court to resolve any pending motion to enforce this Consent Agreement, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Settlement Agreement.

Case No. 3:16-cv-06285-RS
Stipulation re Dismissal, [Proposed] Order, etc.

2

DATED: August 22, 2017          AQUA TERRA AERIS LAW GROUP

                                By: _____
                                     JASON R. FLANDERS
                                     Attorneys for Plaintiff
                                     HUMBOLDT BAYKEEPER


DATED: August 22, 2017          THE ARNOLD LAW PRACTICE

                                By: _____
                                     JAMES R. ARNOLD
                                     JOHN A. BEARD
                                     Attorneys for Defendant
                                     ROYAL GOLD, LLC

Case No. 3:16-cv-06285-RS
Stipulation re Dismissal, [Proposed] Order, etc.

3

**[~~PROPOSED~~] ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff Humboldt Baykeeper's claims against Defendant Royal Gold, LLC, as set forth in Plaintiff's CWA 60-Day Notice Letter and Complaint, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Settlement Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Settlement Agreement (attached to the Parties' Stipulation to Dismiss as Exhibit A and incorporated herein by reference) until August 3, 2019, or as long thereafter as is necessary for the Court to resolve any pending motion to enforce this Consent Agreement,

IT IS SO ORDERED.

Dated: 8/24/17

_____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

Case No. 3:16-cv-06285-RS
Stipulation re Dismissal, [Proposed] Order, etc.

4